UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-20465-CIV-O'SULLIVAN
[CONSENT]

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

FLORIDA COMMERCIAL SECURITY
SERVICES, CORP.,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS ACTION** came on for trial before the undersigned. Pursuant to the return of a jury's verdict in the trial of this matter, it is hereby:

**ORDERED AND ADJUDGED** that

A final judgment is entered in favor of plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and against defendant FLORIDA COMMERCIAL SECURITY SERVICES, CORP., for a total of $35,922, as follows:

    a. $34,921.00 in damages to compensate for a net loss of wages and benefits;

    b. $1,000.00 in damages to compensate for emotional pain and mental anguish;

    c. $1.00 in punitive damages.

The Court retains jurisdiction to separately consider and/or award attorney's fees and costs.

**FOR WHICH LET EXECUTION ISSUE.**

DONE AND ORDERED in Chambers at Miami, Florida this **21st** day of October, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record